IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JASON STANFORD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:23-cv-02688-N (BT) |
| | § | |
| KING OF FREIGHT LLC, et al., | § | |
| | § | |
| Defendants. | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated March 11, 2024. (ECF No. 58). The Court has made a *de novo* review of the relevant portions of the proposed Findings, Conclusions, and Recommendation to which objections were made. The objections are overruled. The Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Further, the Plaintiff is WARNED that the Court may impose monetary sanctions and/or bar him from bringing any further civil action without payment of the filing fee if he files any additional lawsuits against Defendants which raise the same or essentially identical claims as those brought in this action.

1

**SO ORDERED,** this 3rd day of May, 2024.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE